## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, on behalf of himself
and all others similarly situated,

     **Plaintiff,**

  **-v-**

**ACANDYSTORE.COM INC.,**

     **Defendant.**

**Civil Case Number:  1:21-cv-00354-LJL**

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:  May 21, 2021

/s/ Yitzchak Zelman____
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Ramon Jaquez*

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

The Clerk of Court is respectfully directed to terminate the action.  5/21/2021.